UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DEBORAH DONOGHUE,

           Plaintiff,

-against-

POLO RALPH LAUREN and JOYCE F. BROWN,

           Defendants.

---

08 CV 4695 (GBD)

NOTICE OF DISMISSAL

TO: POLO RALPH LAUREN AND JOYCE F. BROWN

    PLEASE TAKE NOTICE that, whereas defendants Polo Ralph Lauren and Joyce F. Brown (collectively "defendants") have not filed an answer or a dispositive motion in this action, all of plaintiff Deborah Donoghue's ("plaintiff") claims against defendants are hereby dismissed with prejudice by the plaintiff pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and in accordance with the parties' Settlement and Release Agreement dated June 19, 2008. The Clerk of the above-entitled court is hereby requested to immediately enter this dismissal with prejudice in the records of the Court.

Dated: June 24, 2008
       Southampton, New York

                                  David Lopez, Esq.
                                  171 Edge of Woods Road
                                  Southampton, New York 11969
                                  (631) 287-5520
                                  Attorney for Plaintiff

TO: John M. Callagy
     KELLEY DRYE & WARREN LLP
     101 Park Avenue
     New York, New York 10178
     (212) 808-7800
     Attorneys for Defendants

JUL 1 8 2008

SO ORDERED: _____
                    George B. Daniels, U.S.D.J
**HON. GEORGE B. DANIELS**